1  Troy D. Monge, Esq.
   Law Offices of Troy D. Monge, APC
2  2300 E. Katella Ave, Suite 325
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com
6
   Attorney Bar #217035
7  Attorneys for Irma Gutierrez Garcia
8
9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
   IRMA GUTIERREZ GARCIA,          ) No. 8:24-cv-01096-RAO
12                                 )
13         Plaintiff,               ) **[PROPOSED] ORDER AWARDING**
                                   ) **EQUAL ACCESS TO JUSTICE**
14      v.                          ) **ACT ATTORNEY FEES AND**
                                   ) **COSTS**
15                                 )
   MARTIN O'MALLEY,                )
16 Commissioner of Social Security, )
17                                 )
         Defendant.                )
18                                 )
                                   )
19
         Based upon the parties' Stipulation for Award and Payment of Attorney
20
   Fees:
21
         IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23
   the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS and NO
24
   CENTS ($3,700.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR
25 / / /
26 / / /
27 / / /
28

1

1 | HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of
2 | the above-referenced Stipulation.

Dated: 10/8/2024

*/s/ Rozella A. Oliver*

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE